**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-0247-NYW

AMCO INSURANCE COMPANY, an Iowa
corporation,

      Plaintiff,

v.

CARPET DIRECT CORPORATION, a Colorado Corporation,
GAYLE CROUCH,
GREG JENSEN,
JAMES RAUSCH and
CHARLES OWENS,

      Defendants.

---

**MINUTE ORDER**

---

Entered by Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Defendants Carpet Direct Corporation, Gayle Crouch, Greg Jensen, James Rausch, and Charles Owens ("Defendants") Unopposed Motion for Extension of Time to File Response to Complaint for Declaratory Relief [#7], filed April 17, 2015, and Defendants' Unopposed Motion to Vacate Scheduling Conference [#8], filed April 21, 2015 (collectively the "Motions").

      The Motions are GRANTED. IT IS ORDERED that:

(1) Defendants' shall have up to and including **May 1, 2015** to respond to Plaintiff Amco Insurance Company's declaratory judgment Complaint;

(2) The **April 28, 2015** Scheduling Conference is VACATED;

(3) The Parties' Scheduling Conference is hereby re-set for **May 12, 2015 at 10:00 a.m.**

DATED April 23, 2015.