**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00247-REB-NYW

AMCO INSURANCE COMPANY, an Iowa corporation,

      Plaintiff,

v.

CARPET DIRECT CORPORATION, a Colorado Corporation,
GAYLE CROUCH,
GREG JENSEN,
JAMES RAUSCH, and
CHARLES OWENS,

      Defendants.

---

**FINAL JUDGMENT**

---

      In accordance with the orders filed during the pendency of this case, and pursuant to

Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the Order Granting Motion for Summary Judgment [#26] of Judge Robert

E. Blackburn entered on January 22, 2016, it is

      ORDERED that Plaintiff's are dismissed with prejudice; it is

      ORDERED that judgment with prejudice enters on behalf of plaintiff, AMCO Insurance

Company, an Iowa corporation, and against defendants, Carpet Direct Corporation, a

Colorado Corporation; Gayle Crouch; Greg Jensen; James Rausch; and Charles Owens, as

to plaintiff's claims for declaratory relief; it is

      ORDERED That plaintiff is awarded its costs, to be taxed by the clerk of the court in

the time and manner specified in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

      Dated at Denver, Colorado this 25th day of January, 2016.

                                    FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK

                            By: s/   K. Finney

K. Finney
Deputy Clerk